**Opinion filed January 6, 2022**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-21-00182-CV

_____

## JODI THEBO, Appellant

## V.

## RICHARD KING, KIMBERLY PECK, AND ZACH WHEELER, Appellees

**On Appeal from the County Court at Law No. 2**
**Taylor County, Texas**
**Trial Court Cause No. 7307**

### M E M O R A N D U M   O P I N I O N

Appellant, Jodi Thebo, filed a pro se notice of appeal from a judgment of eviction entered by the trial court. Appellant's brief was originally due to be filed in this court on or before November 8, 2021. On December 3, the clerk of this court notified Appellant that his brief was past due and that this court, on its own motion, had granted an extension. In the December 3 letter, we informed Appellant that the

failure to file his brief in this court on or before December 13, 2021, could "**result in dismissal of the appeal**." *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

As of this date, Appellant has not filed a brief. Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM

January 6, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.